DANIEL S. GLASS   SBN 140819
ATTORNEY AT LAW
641 Fulton Ave., Suite 200
Sacramento, CA 95825
(916) 483-1971
Facsimile:   (916) 483-1371
e-mail: dsglawyer@sbcglobal.net

ATTORNEY FOR PLAINTIFF
KAREN NELSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAREN NELSON, | CASE NO.  4:16-cv-05865-YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; | |
| Defendant. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own attorney fees and costs.

IT IS SO STIPULATED.

Dated:  June 20, 2017                    Respectfully submitted,

/s/ Jordan S. Altura                     /s/ Daniel S. Glass

Gordon & Rees, LLP                       Daniel S. Glass
275 Battery St., Suite 2000              Attorney at Law
San Francisco, CA 94111                  641 Fulton Ave., Suite 200
                                         Sacramento, CA 95825
*Attorneys for Defendant*                *Attorney for Plaintiff*
*Aetna Life Insurance Company*

**STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER**                                              -1-

ATTESTATION OF E-FILED SIGNATURE

I, Daniel S. Glass, am the ECF user for whose ID and password are being used to file this document. In compliance with Local Rule 5-1(I), I hereby attest that counsel for defendant has concurred in this filing.

June 20, 2017

_____/s/ Daniel S. Glass_____
Daniel S. Glass

IT IS SO ORDERED.

Dated: June 20, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

**STIPULATION OF DISMISSAL AND** ~~**PROPOSED**~~ **ORDER** -2-